BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LARA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUTTER DAVIS HOSPITAL, SALUD CLINIC, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., AMELIA BAUERMANN, C.N.M., and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:12-cv-02407-WBS-GGH<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO SECOND EXTENSION OF TIME FOR CROSS-DEFENDANT TO RESPOND TO CROSS-COMPLAINT** |
| SUTTER DAVIS HOSPITAL,<br><br>　　　Cross-Complainant,<br>v.<br><br>UNITED STATES OF AMERICA, and ROES 1-10,<br><br>　　　Cross-Defendants. | |

　　　Cross-Complainant Sutter Davis Hospital and cross-defendant United States of America, through their respective undersigned counsel, hereby agree and stipulate as follows:

　　　1. On September 20, 2012, counsel for the United States removed the above-captioned action to this Court.  Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the United States' responsive pleading would have been due on September 27, 2012, seven days from the date of removal.

2. On September 25, 2012, Sutter Davis Hospital and the United States filed a stipulation to extend the deadline for the United States' responsive pleading to October 25, 2012.

3. Sutter Davis Hospital and the United States hereby agree that the United States shall have an additional seven-day extension of time to file its responsive pleading, to wit, on or before November 1, 2012.

Dated:  October 24, 2012           LA FOLLETTE, JOHNSON
                                   DE HAAS, FESLER & AMES

                        By:        */s/ Larry Thornton*
                                   LARRY THORNTON
                                   Attorneys for Cross-Complainant
                                   Sutter Davis Hospital


                                   Respectfully submitted,

Dated:  October 24, 2012           BENJAMIN B. WAGNER
                                   United States Attorney

                        By:        */s/ Edward A. Olsen*
                                   EDWARD A. OLSEN
                                   Assistant United States Attorney


### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  October 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE