Linda Fermoyle Rice, Esquire (State Bar No. 86688)
RICE & BLOOMFIELD, LLP
16133 Ventura Boulevard, Suite 1180
Encino, California 91436-2416
Telephone:  (818) 999-2220
Facsimile:   (818) 999-2388
Email:        LFR@RBTrialLaw.com

Attorneys for Plaintiff,
JENNIFER LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LARA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SUTTER DAVIS HOSPITAL, SALUD CLINIC, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., AMELIA BAUERMANN, C.N.M., and DOES 1 to 100, inclusive,<br><br>　　　　Defendants.<br>-------------------------------------------------<br>SUTTER DAVIS HOSPITAL,<br><br>　　　　Cross-Complainant,<br><br>　　vs.<br><br>SALUD CLINIC, AMELIA BAURERMAN, C.N.M., and TAMARA JOHNSON, C.N.M., and ROES 1-10,<br><br>　　　　Cross-Defendants. | CASE NO:   2:12-CV-02407-WBS-CKD<br><br>[~~PROPOSED~~] ORDER AND PLAINTIFF JENNIFER LARA'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiff, JENNIFER LARA, hereby requests to appear by telephone at the hearing on the Motion for Leave to File the First Amended Complaint on December 16, 2013 at 2:00 p.m. in Courtroom 5 of the above-entitled court.

1       PLEASE TAKE FURTHER NOTICE that Linda Fermoyle Rice, counsel for Plaintiff, JENNIFER LARA, will be readily available for the hearing and can be reached at (818) 999-2220.

Dated: October 3, 2013                    RICE & BLOOMFIELD, L.L.P.

/s/ *Linda Formoyle Rice*
LINDA FERMOYLE RICE,
Counsel for Plaintiff, Jennifer Lara

Having read the request, and good cause appearing,

**IT IS HEREBY ORDERED:**

1.      The request by counsel for Plaintiff JENNIFER LARA for leave to telephonically attend the upcoming hearing on her Motion for Leave to File First Amended Complaint is granted.

2.      Counsel for Plaintiff may appear telephonically at the hearing on the Motion for Leave to File First Amended Complaint scheduled for December 16, 2013 at 2:00 p.m. in Courtroom 5 of the above-entitled Court.

3.      **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

**IT IS SO ORDERED.**

Dated:  October 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE