1  LOUIS H. DE HAAS, SBN 39579
   **LA FOLLETTE, JOHNSON,**
2  **DE HAAS, FESLER & AMES**
   865 South Figueroa Street, Suite 3200
3  Los Angeles, California 90017-5431
   Phone:       (213) 426-3600
4  Facsimile:   (213) 426-3650

5  BARRY VOGEL, SBN 108640
   LARRY THORNTON, SBN232265
   **LA FOLLETTE, JOHNSON,**
6  **DE HAAS, FESLER & AMES**
   655 University Avenue, Suite 119
7  Sacramento, California 95825
   Phone:       (916) 563-3100
8  Facsimile:   (916) 565-3704

9  Attorneys for Defendant, Cross-Complainant,
   SUTTER DAVIS HOSPITAL
10

11                THE UNITED STATES DISTRICT COURT

12                THE EASTERN DISTRICT OF CALIFORNIA

13

| JENNIFER LARA, | Case No.: 2:12-CV-02407-WBS-CKD |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE PRETRIAL CASE MANAGEMENT DEADLINES** |
| SUTTER DAVIS HOSPITAL, SALUD CLINIC, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., AMELIA BAUERMANN, C.N.M., and DOES 1 to 100, inclusive, | |
| | JURY TRIAL DEMANDED |
| | Hon. William B. Shubb |
| Defendants. | Courtroom 5 |
| SUTTER DAVIS HOSPITAL, | |
| Cross-Complainant, | |
| v. | |
| SALUD CLINIC, AMELIA BAUERMANN, C.N.M., TAMARA JOHNSON, C.N.M., and ROES 1-10, | |
| Cross-Defendants. | |

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD HEREBY STIPULATE AND AGREE AS FOLLOWS:

(i) Expert disclosure is currently set for October 18, 2013.

(ii) At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.

(iii) Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. The exception is not deemed to include civil cases. Indeed, the undersigned Assistant United States Attorney is furloughed until appropriations to the Justice Department are restored.

(iv) Plaintiff has filed a motion to amend the complaint to add Eliceo Rehg as an additional plaintiff. The motion is set for hearing on December 16, 2013.

(v) In order to avoid the expense and time of potentially unnecessary expert discovery and dispositive motion practice, and

(vi) To avoid prejudice to the parties which would result if another party is added after expert disclosure, and if the United States is unable to disclose experts due to furlough, the Status and Pretrial Scheduling Order dated February 12, 2013 (Doc #21), is hereby amended as follows:

**1.     FACT AND EXPERT DISCOVERY**

a. The parties shall disclose experts and produce reports on April

18, 2014;

    b.    Rebuttal experts and reports shall be produced on May 9, 2014;

    c.    All discovery, including fact and expert discovery, motions to compel and depositions, shall be completed by June 27, 2014;

**2.    MOTIONS**

    a.    All motions, except motions for continuance, temporary restraining orders or other emergency applications, shall be filed on or before July 25, 2014.

**3.    FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

    a.    The Final Pretrial Conference date of September 15, 2014 and the trial date of November 4, 2014, which the Court set by Order dated February 13, 2013 (Doc #21) shall remain unchanged.

Dated:  October 9, 2013        LA FOLLETTE, JOHNSON,
                                        DE HAAS, FESLER & AMES
                                        Attorneys for Defendant and Cross-Complainant
                                        SUTTER DAVIS HOSPTIAL

By: /s/_____
        LARRY THORNTON

Dated:  10-9-13                    RICE & BLOOMFIELD, LLP
                                        Attorneys for Plaintiff
                                        JENNIFER LARA

By: /s/_____
        LINDA FERMOYLE RICE

Dated: 10-9-13              SCHUERING ZIMMERMAN & DOYLE
                            Attorneys for Defendants
                            SUTTER WEST WOMEN'S HEALTH;
                            SUSAN K. MAAYAH, M.D.


                            By: /s/_____
                                 KAT TODD


Dated: 10-9-13              U.S. ATTORNEY
                            Attorneys for Defendant
                            THE UNITED STATES


                            By:  /s/_____
                                 EDWARD A. OLSEN


IT IS SO ORDERED.

Dated: October 10, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE