BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LARA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SUTTER DAVIS HOSPITAL SALUD CLINIC, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., AMELIA BAUERMAN, C.N.M., *and* DOES 1 to 100, inclusive,<br><br>　　　　　　Defendants.<br><br>―――――――――――――――<br><br>SUTTER DAVIS HOSPITAL,<br><br>　　　　　　Cross-Complainant,<br><br>v.<br><br>UNITED STATES OF AMERICA, *and* ROES 1-10,<br><br>　　　　　　Cross- Defendants. | CASE NO. 2:12-CV-02407 WBS-CKD<br><br>**[PROPOSED] ORDER GRANTING THE UNITED STATES' REQUEST TO APPEAR TELEPHONICALLY AT DECEMBER 30, 2013 HEARING**<br><br>Date:　　　December 30, 2013<br>Time:　　　2:00 p.m.<br>Courtroom:　5, 14th Floor |

　　　The United States has filed a motion requesting permission to appear telephonically at the hearing scheduled for December 30, 2013, at 2:00 p.m., on Plaintiff's Motion for Leave to File a First Amended Complaint. The Assistant United States Attorney assigned to represent the United States in this case, Edward A. Olsen, states that he is scheduled to be out of the office and out of the state on that day, but can

appear telephonically.  He can be reached at (608) 238-0431.

Good cause having been shown, IT IS HEREBY ORDERED THAT the Assistant United States Attorney representing the United States in the above-captioned case may appear telephonically at the hearing on December 30, 2013, at 2:00 p.m.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

                                                  Respectfully submitted,

Dated:   December 23, 2013                BENJAMIN B. WAGNER
                                                  United States Attorney

                                                    */s/ Edward A. Olsen*
                                                    By: EDWARD A. OLSEN
                                                    Assistant United States Attorney

                                                    Attorneys for the United States

IT IS SO ORDERED.  All counsel may appear by phone.

Dated:  December 23, 2013

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE