UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JENNIFER LARA, | NO. CIV. 2:12-2407 WBS GGH |
| Plaintiff, | |
| v. | ORDER RE: ATTORNEYS' FEES AND EXPENSES |
| SUTTER DAVIS HOSPITAL, SALUD CLINIC, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., AMELIA BAUERMANN, C.N.M., and DOES 1-100, inclusive, | |
| Defendants. | |
| SUTTER DAVIS HOSPITAL, | |
| Cross-Complainant, | |
| v. | |
| UNITED STATES OF AMERICA, and ROES 1-10, | |
| Cross-Defendants. | |

----oo0oo----

In its January 2, 2014 Order, the court granted plaintiff's motion for leave to file an amended complaint on the condition that plaintiff reimburse defense counsel for their time

1

1 | and expenses incurred in opposing the motion.  (Docket No. 42.)
2 | Counsel for defendant Sutter Davis Hospital (Docket No. 43) and
3 | defendants Sutter West Women's Health and Susan Maayah (Docket
4 | No. 44), both filed statements documenting their time and
5 | expenses, while cross-defendant the United States filed a
6 | statement that it does not seek reimbursement for its expenses,
7 | (Docket No. 45).  The court has reviewed these submissions and
8 | finds that the time expended and hourly rates charged appear to
9 | be reasonable.
10 |         IT IS THEREFORE ORDERED that within ten days of the
11 | date this Order is signed, plaintiff shall send payment in the
12 | amount of $5,153.50 to LaFollette, Johnson, DeHaas, Fesler &
13 | Ames, and payment in the amount of $2,338.50 to Schuering
14 | Zimmerman & Doyle, LLP.  Upon payment, plaintiff will be
15 | permitted to file her amended complaint.
16 | Dated:   January 17, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2