Linda Fermoyle Rice, Esquire (State Bar No. 86688)
RICE & BLOOMFIELD, LLP
16133 Ventura Boulevard, Suite 1180
Encino, California 91436-2416
Telephone: (818) 999-2220
Facsimile:  (818) 999-2388
Email:      LFR@RBTrialLaw.com

Attorneys for Plaintiff,
JENNIFER LARA

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LARA,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTTER DAVIS HOSPITAL, SALUD CLINIC, SUTTER WEST WOMEN'S HEALTH, SUSAN MAAYAH, M.D., AMELIA BAUERMANN, C.N.M.,and DOES 1 to 100, inclusive,<br><br>    Defendants.<br>-------------------------------------------------<br>SUTTER DAVIS HOSPITAL,<br><br>    Cross-Complainant,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and ROES 1 - 10.<br><br>    Cross-Defendants. | CASE NO: 2:12-CV-02407-WBS-CKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD HEREBY STIPULATE AND AGREE AS FOLLOWS:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Jennifer Lara, and her counsel, Linda Fermoyle Rice of Rice & Bloomfield, LLP, hereby stipulate to a voluntary dismissal of all claims asserted against Defendants, Sutter Davis Hospital, Sutter West Women's Health and Susan Maayah, M.D. (collectively with Plaintiff, Defendants and Cross-Defendant, United States of America, herein referred to as the "Parties"), without prejudice, in the above-captioned matter.[1]

This Stipulation is not intended to dismiss with or without prejudice any claims that may be brought on behalf of plaintiff's minor child, ER.

Defendant/Cross-Complainant, Sutter Davis Hospital, hereby stipulates to a voluntary dismissal of its third party complaint asserted against Cross-Defendant, United States of America, with prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides, in relevant part:

(a) **Voluntary Dismissal**

    (1) ***By the Plaintiff.***

    (A) *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (ii) a stipulation of dismissal signed by all parties who have appeared.

On or about January 28, 2014, the Parties entered into a Settlement Agreement (Doc. 47), whereby Defendants, Sutter Davis Hospital, Sutter West Women's Health and Susan Maayah, M.D. would be released from any and all claims before this Court in exchange for a waiver of any and all fees, including a cost award due by Plaintiff Lara to Defendants Sutter Davis Hospital, Sutter West Women's Health and Susan Maayah, M.D. pursuant to Order of the Court entered on January 17, 2014 (Doc. 46).

///

---

[1] Plaintiff previously dismissed her claims against Salud Clinic and Amelia Bauermann with prejudice while the action was pending in state court.

The parties further stipulate that each side shall bear its own attorney's fees and costs.

WHEREFORE, the Parties request that this Court enter an Order dismissing the above-captioned action filed by Plaintiff Lara against Defendants Sutter Davis Hospital, Sutter West Women's Health and Susan Maayah, M.D. without prejudice.

WHEREFORE, the Parties further request that this Court enter an Order dismissing Defendant/Cross-Complainant, Sutter Davis Hospital's third party complaint filed against Cross-Defendant, United States of America with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 18, 2014          Rice & Bloomfield, L.L.P.

/s/ Linda Fermoyle Rice
LINDA FERMOYLE RICE,
Counsel for Plaintiffs, Jennifer Lara

Dated: February 19, 2014          Lafollette, Johnson, De Haas, Fesler & Ames

/s/ Larry Byron Thorton
LARRY BYRON THORTON,
Counsel for Defendant and Cross Claimant,
Sutter Davis Hospital

Dated: February 20, 2014          U.S. Attorney

/s/ Edward A. Olsen
EDWARD A. OLSEN,
Counsel for Cross Defendant, The United
States of America

Dated:  February 20, 2014         Schuering Zimmerman & Doyle, LLP

/s/ Kat Todd for Robert Zimmerman
ROBERT HARRY ZIMMERMAN
Counsel for Defendants, Sutter West Women's
Health and Susan K. Maayah, M.D.

IT IS SO ORDERED.

Dated:  February 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE