```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
                                 ----oo0oo----
11
12
   JENNIFER LARA,
13                                          CIV. NO. 2:12-2407 WBS CKD
                  Plaintiff,
14
        v.
15
   SUTTER DAVIS HOSPITAL SALUD
16 CLINIC, SUTTER WEST WOMEN'S
   HEALTH, SUSAN MAAYAH, M.D.,
17 AMELIA BAURMAN, C.N.M., and
   DOES 1 to 100, inclusive,
18
                  Defendants,
19
   AND RELATED CROSS-CLAIMS.                CIV. NO. 2:14-2053 KJM KJN
20
                                            ORDER RELATING CASES
21
   E.R., a minor, by and through
22 his Guardian ad Litem, CAROLYN
   YOUNG,
23
                  Plaintiff,
24
   SUTTER DAVIS HOSPITAL, SUTTER
25 WEST WOMEN'S HEALTH, SUSAN
   MAAYAH, M.D., and DOES 1 to
26 100, inclusive,

27                Defendants,

28 AND RELATED CROSS-CLAIMS.
                                    1
```

1                              ----oo0oo----

2           Examination of the above-entitled actions reveals that
3  these actions are related within the meaning of Local Rule
4  123(a) because the actions involve the same event and many of the
5  same defendants.  Accordingly, the assignment of the matters to
6  the same judge is likely to effect a substantial saving of
7  judicial effort and is also likely to be convenient for the
8  parties.

9           The parties should be aware that relating the cases
10 under Local Rule 123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the actions is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the judge to whom the first filed
14 action was assigned.

15          IT IS THEREFORE ORDERED that the actions denominated
16 Lara v. Sutter Davis Hospital Sauld Clinic, Civ. No. 2:12-2407
17 WBS CKD, and E.R. v. Sutter Davis Hospital, Civ. No. 2:14-2053
18 KJM KJN, be, and the same hereby are, deemed related and the case
19 denominated E.R. v. Sutter Davis Hospital, Civ. No. 2:14-2053 KJM
20 KJN, shall be reassigned to the Honorable WILLIAM B. SHUBB and
21 Magistrate Judge Caroline Delaney.  Any dates currently set in
22 the reassigned case only are hereby VACATED.  Henceforth, the
23 caption on documents filed in the reassigned case shall be shown
24 as E.R. v. Sutter Davis Hospital, Civ. No. 2:14-2053 WBS CKD.

25          IT IS FURTHER ORDERED that the Clerk of the Court
26 make appropriated adjustment in the assignment of civil cases to
27 compensate for this reassignment.

28

1  Dated:   October 8, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3